UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE WACKENHUT CORPORATION

Plaintiff,

-v-

SERVICE EMPLOYEES INTERNATIONAL
UNION

Defendant.

JUDGE MARRERO

Case No. 07 CIV 9703

**Rule 7.1 Statement**

NOV 01 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

THE WACKENHUT CORPORATION     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

GROUP 4 SECURICOR PLC
WACKENHUT SERVICES, INC.

Date: NOVEMBER 1, 2007

**Signature of Attorney**

**Attorney Bar Code:** DT-7920

Form Rule7_1.pdf SDNY Web 10/2007