UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
THE WACKENHUT CORPORATION,                    Case No. 07-CV-9703 (VM)

                 Plaintiff,
   - against -                                                **ECF Case**

SERVICE EMPLOYEES INTERNATIONAL            **NOTICE OF APPEARANCE**
UNION,                                                              **AND REQUEST FOR NOTICES**
                Defendant.              **AND SERVICE OF PAPERS**
---------------------------------------------------------------X

To:   CLERK OF THE COURT
       ALL PARTIES OF RECORD

     PLEASE TAKE NOTICE that Daniel Engelstein of the law firm Levy Ratner, P.C., 80 Eighth Avenue, Floor 8, New York, New York 10011, will be appearing to represent Defendant SERVICE EMPLOYEES INTERNATIONAL UNION in the above-captioned matter.

     Mr. Engelstein is admitted to practice in the Southern District of New York. Contact information for Mr. Engelstein is as follows:

                 LEVY RATNER, P.C.
                 80 Eighth Avenue, 8th Floor
                 New York, New York 10011
                 Telephone: (212) 627-8100
                 Facsimile: (212) 627-8182
                 Attn: Daniel Engelstein   Email: dengelstein@lrbpc.com

Dated: New York, New York
       November 9, 2007                       LEVY RATNER, P.C.

                                          By:     /s/ Daniel Engelstein
                                                Daniel Engelstein (DE-2499)
                                                80 Eighth Avenue
                                                New York, New York 10011
                                                (212) 627-8100
                                                (212) 627-8182 (fax)

                                                Attorneys for Defendant
                                                SERVICE EMPLOYEES
                                                INTERNATIONAL UNION