UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
THE WACKENHUT CORPORATION,

                               Plaintiff,

       - against -

SERVICE EMPLOYEES INTERNATIONAL UNION,

                              Defendant.

---------------------------------------------------------------X

Case No. 07-CV-9703 (VM)

**ECF Case**

**NOTICE OF APPEARANCE
AND REQUEST FOR NOTICES
AND SERVICE OF PAPERS**

To:    CLERK OF THE COURT
         ALL PARTIES OF RECORD

       PLEASE TAKE NOTICE that David M. Slutsky of the law firm Levy Ratner, P.C., 80 Eighth Avenue, Floor 8, New York, New York 10011, will be appearing to represent Defendant SERVICE EMPLOYEES INTERNATIONAL UNION in the above-captioned matter.

       Mr. Slutsky is admitted to practice in the Southern District of New York. Contact information for Mr. Slutsky is as follows:

> LEVY RATNER, P.C.
> 80 Eighth Avenue, 8th Floor
> New York, New York 10011
> Telephone: (212) 627-8100
> Facsimile: (212) 627-8182
> Attn: David M. Slutsky    Email: dslutsky@lrbpc.com

Dated: New York, New York
         November 9, 2007

                                                LEVY RATNER, P.C.

                                    By:    /s/ David M. Slutsky
                                              David M. Slutsky (DS-7364)
                                              80 Eighth Avenue
                                              New York, New York 10011
                                              (212) 627-8100
                                              (212) 627-8182 (fax)

                                              Attorneys for Defendant
                                              SERVICE EMPLOYEES
                                              INTERNATIONAL UNION