UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WACKENHUT CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>SERVICE EMPLOYEES<br>INTERNATIONAL UNION,<br><br>    Defendant. | No. 1:07-cv-09703<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY<br>DISMISSAL WITHOUT PREJUDICE<br>PURSUANT TO F.R.C.P. Rule 41(A)(1)** |

To: Service Employees International Union and Its Counsel of Record

Please take notice that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff The Wackenhut Corporation hereby voluntarily dismisses the above-captioned action without prejudice.

Dated: November 15, 2007

Respectfully submitted,

By: _____

Attorneys for Plaintiff
Douglas M. Tween (DT-7920)
James D. Bailey (JB-0677)
BAKER & McKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 626-4100

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing *Plaitniff's Notice of Voluntary Dismissal Without Prejudice Pursuant to F.R.C.P. Rule 41(a)(1)* was served upon defendant's counsel of record via the ECF system on Thursday, November 15, 2007.

_____